JS-6

CENTER FOR DISABILITY ACCESS
Raymond G. Ballister, Jr. SBN: 111282
Mark Potter, Esq. SBN: 166317
Phyl Grace, Esq. SBN: 171771
9845 Erma Road, Suite 300
San Diego, California 92131
(858) 375-7385; (888) 422-5191 Fax

Attorneys for Plaintiff Rafael Arroyo, Jr.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rafael Arroyo, Jr., <br><br> Plaintiff, <br><br> vs. <br><br> Platinum Springs, LLC, a California Limited Liability Company; Best California Gas, Ltd., a California Limited Partnership and Does 1-10, <br><br> Defendants. | Case No. SACV12-1895 DOC (MLGx) <br><br> **ORDER ON STIPULATION FOR DISMISSAL OF ACTION** |

Complaint Filed: July 30, 2012
Trial Date: None Set

IT IS ORDERED that this action be dismissed in its entirety and as to all parties, claims and causes of action with prejudice, with Plaintiff and Defendants to each bear their own costs, attorneys' fees and expenses incurred in this matter and against one another.

**IT IS SO ORDERED.**

Dated: November 26, 2012

*/s/ David O. Carter*
HON. DAVID O. CARTER
U.S. DISTRICT COURT JUDGE